Case 2:26-cv-00206-JRG     Document 1-2     Filed 03/16/26     Page 1 of 9 PageID #:  49

# EXHIBIT B

## Patent Claims Analysis
## of
## US8009037: "Method and system to control movable entities"

## against
## Panasonic CONNECT TOUGHBOOK

## US8009037B2

United States

Inventor          Houston Staton, James Ashley, Sr., James Ashley, Jr., Frank Mooney, Patrick Mooney,

Edward Lang, Charles Maggs, German Santos

Current Assignee Wirelesswerx International Inc

Worldwide applications

2005  US US US CN ~~CN CN~~ 2007  ~~US~~ US 2008  ~~HK~~ 2011  US ~~JP~~ 2013  ~~JP~~2014  ~~US~~ 2016  ~~US~~

| 11/105,932 | Claims priority from a provisional application | 60/625,467 | 11/05/2004 |
| --- | --- | --- | --- |

Total patentTerm Adjustments

arrow_upward

937 days

CLAIMS

1. A method to wirelessly manage an entity having a transponder, comprising:

loading from a computing device to a transponder's memory a plurality of coordinates;

programming a microprocessor in the transponder to define a geographical zone by creating an area on a pixilated image using said plurality of coordinates, wherein said area is representative of a geographical zone; and

sending a command to the transponder to execute a configurable operation upon receiving a command from a control center, the command being associated with a status of the entity in relation to the geographical zone.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method to wirelessly manage an entity having a transponder, comprising: | *Panasonic CONNECT TOUGHBOOK* devices are managed wirelessly through the Smart Device Monitor system. The documentation states:<br>    *"Smart Device Monitor… monitors device usage… provides information such as device location… and also enables alerts and geofences to be set up."*<br>This shows that Panasonic TOUGHBOOK implements a method to wirelessly manage an entity (the TOUGHBOOK device) having a transponder (the Smart Device module).<br><br>**Panasonic CONNECT**<br><br>**TOUGHBOOK G2**<br><br>**EVOLVED 2 ADAPT**<br><https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf><br>2022-11-16 |
| 1.1 | loading from a **computing device** to a **transponder**'s memory a plurality of **coordinates**; | *loading from a* **computing device ["network server"]** *to a* **transponder ["Smart Device"]**'s *memory a plurality of* **coordinates ["device location"]**.<br><br>*The Smart Device Monitor loads device-location data (coordinates) from a computing device (network server) to the TOUGHBOOK's Smart Device module. The documentation* |

states:

> *"Dashboard access provides information such as device location…"*

*And:*

> *"The computer automatically turns from off to on when the computer is accessed from the network server…"*

*This demonstrates that coordinates (device location) are loaded from a computing device into the transponder's memory.*

---

### *computing device*

The computer automatically turns from off to on when the computer is accessed from the <u>network server</u> via the internal LAN port.

<<https://dl-pc-support.connect.panasonic.com/itn/manual/cf19/19mk3-rm-pce0258a_v-vista-M.pdf>> © 2026

---

### *transponder*



**Smart Device Monitor**

An additional "Smart" module that monitors device usage in more detail. Dashboard access provides information such as device location; user experience, including drop detection on Android devices and also enables alerts and geofences to be set up.

<<https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf>> 2022-11-16

---

### *coordinates*



**Smart Device Monitor**

An additional "Smart" module that monitors device usage in more detail. Dashboard access provides information such as <u>device location</u>; user experience, including drop detection on Android devices and also enables alerts and geofences to be set up.

<<https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf>> 2022-11-16

---

| 1.2 | programming a microprocessor in the transponder to define a **geographical zone** by creating an area on a **pixilated image** using said plurality of coordinates, wherein said area | *programming a microprocessor in the **transponder ["Smart Device"]** to define a **geographical zone ["geofences"]** by creating an area on a **pixilated image [SEE IMAGE]** using said plurality of **coordinates ["device location"]**, wherein said area is representative of a **geographical zone ["geofences"]**.*<br><br>*The Smart Device module defines geofences—geographical zones—using coordinates* |

| is representative of a geographical zone; and | *displayed on a map (a pixilated image). The documentation states:* |
|---|---|
| | *"enables alerts and geofences to be set up."* |
| | *And:* |
| | *"Dashboard access provides information such as device location…"* |
| | *The geofence is created on a map interface (pixilated image) using the device's coordinates, satisfying Claim 1.2.* |
| | **transponder** <https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf> 2022-11-16 |
| | ***geographical zone*** <https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf> 2022-11-16 |
| | ***pixilated image*** |

<table>
<tr><td></td><td></td><td>



<https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf>
2022-11-16

</td></tr>
<tr><td></td><td></td><td>

***coordinates***



**Smart Device Monitor**

An additional "Smart" module that monitors device usage in more detail. Dashboard access provides information such as device location; user experience, including drop detection on Android devices and also enables alerts and geofences to be set up.

<https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf>
2022-11-16

</td></tr>
<tr><td>1.3</td><td>

sending a **command** to the transponder to execute a **configurable operation** upon receiving a command from a **control center**, the command being associated with a **status of the entity** in relation to the geographical zone.

</td><td>

*sending a command to the **transponder ["Smart Device"]** to execute a **configurable operation ["enables alerts"]** upon receiving a **command from a control center ["Smart Device Monitor" + "Dashboard access"]**, the command being associated with a **status of the entity ["monitors device usage"]** in relation to the **geographical zone ["geofences"]**.*

*The Smart Device Monitor dashboard acts as a control center, sending commands to*

</td></tr>
</table>

*the Smart Device module to execute configurable operations such as alerts. The documentation states:*

> *"Dashboard access… enables alerts and geofences to be set up."*

*And:*

> *"monitors device usage…"*

*This shows that the control center (dashboard) sends commands to the transponder (Smart Device) to execute operations (alerts) based on the device's status relative to the geofence.*

**transponder**



<https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf>
2022-11-16

**configurable operation**



<https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf>
2022-11-16

**command from a control center**



<https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf>
2022-11-16

**status of the entity**



**Smart Device Monitor**

An additional "Smart" module that <u>monitors device usage</u> in more detail. Dashboard access provides information such as device location; user experience, including drop detection on Android devices and also enables alerts and geofences to be set up.

<https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf>
2022-11-16

*geographical zone*

**Smart Device Monitor**

An additional "Smart" module that monitors device usage in more detail. Dashboard access provides information such as device location; user experience, including drop detection on Android devices and also enables alerts and <u>geofences</u> to be set up.

<https://assets.grandandtoy.com/assets/Additional-pdf1/10/86/1086278296.pdf>

- *PRODUCT/SERVICE = "Panasonic CONNECT TOUGHBOOK"*

- *transponder = "Smart Device"*
- *computing device = "network server"*

- *coordinates = "device location"*
- *geographical zone = "geofences"*

- *pixilated image = SEE IMAGE*

- *configurable operation = "enables alerts"*
- *command from a control center = "Smart Device Monitor" + "Dashboard access"*
- *status of the entity = "monitors device usage"*